UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-21285-CIV-ROSENBAUM/HUNT

MARIA SUCINA SANTOS        )
                           )
         Plaintiff,        )
                           )
    vs.                    )
                           )
JOSE PEREZ-TIRSE           )
LISSETTE R. PEREZ-TIRSE    )
                           )
         Defendants.       )
_____)

## PLAINTIFF'S STATEMENT OF CLAIM

Comes Now Plaintiff, by and through undersigned counsel, pursuant to the Court's Order [D.E. 8] and hereby files Plaintiff's Statement of Claim:

1. Period of employment: December 12, 2005 through March 29, 2013: 380 weeks.

2. Period of claim: May 2, 2008 through March 29, 2013: 256 weeks.

**Period One:**

3. Period: May 2, 2008 through December 31, 2008: 36 weeks.

4. Florida Minimum Wage: $6.79/hr

5. Rate Paid: $6.35/hr.

6. Hours worked on average per a week: 65.5

7. Amount owed: $0.44 X 65.5 X 36 weeks = **$1,037.52.**

**Period Two:**

1. Period: January 1, 2009 through July 23, 2009: 29 weeks.

2. Florida Minimum Wage: $7.21/hr

3. Rate Paid: $6.35/hr.

4. Hours worked on average per a week: 65.5

5. Minimum Wages owed: $.86 X 65.5 X 29 weeks = **$1,633.57.**

**Period Three:**

1. Period: July 24, 2009 through May 31, 2011: 96 weeks.

2. Florida/Federal Minimum Wage: $7.25/hr

3. Rate Paid: $6.35/hr.

4. Hours worked on average per a week: 65.5

5. Minimum Wages owed: $.90 X 65.5 X 96 weeks = **$5,659.20.**

**Period Four:**

1. Period: June 1, 2011 through December 31, 2011: 30 weeks.

2. Florida Minimum Wage: $7.31/hr

3. Rate Paid: $6.35/hr.

4. Hours worked on average per a week: 65.5

5. Minimum Wages owed: $.96 X 65.5 X 30 weeks = **$1,886.40.**

**Period Five:**

1. Period: January 1, 2012 through December 31, 2012: 52 weeks.

2. Florida Minimum Wage: $7.67/hr

3. Rate Paid: $6.35/hr.

4. Hours worked on average per a week: 65.5

5. Minimum Wages owed: $1.32 X 65.5 X 52 weeks = **$4,495.92.**

**Period Six:**

1. Period: January 1, 2013 through March 29, 2013: 12 weeks.

2. Florida Minimum Wage: $7.79/hr

3. Rate Paid: $6.35/hr.

4. Hours worked on average per a week: 65.5

5. Minimum Wages owed: $1.44 X 65.5 X 12 weeks = **$1,131.84.**

6. **Total unpaid wages and liquidated damages: $15,844.45 X 2 as liquidated damages: $31,688.90.**

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_/s/ Daniel T. Feld _____
     Daniel T. Feld, Esq.
     Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Statement of Claim was sent via CM/ECF to Vincent B. Lynch, Esq. The Executive Law Group, 3001 N. Rocky Point Drive E., Suite 208, Tampa, Florida 33629, Fax: (813) 333-7321, email: Vincent@execlawgroup.com on this 21st day of June, 2013.

>
> Daniel T. Feld, Esq.
> J.H. Zidell, P.A.
> Attorney For Plaintiff
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
>
> By:_/s/ Daniel T. Feld _____
>     Daniel T. Feld, Esq.
>     Florida Bar Number: 0037013