UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-21285-CIV-ROSENBAUM

MARIA SUCINA SANTOS,

    Plaintiff,

vs.

JOSE PEREZ-TIRSE,
and LISSETTE R. PIREZ-TIRSE ,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this matter shall be held with Neil Flaxman, Esq., on September 12, 2013, at 1:00 p.m. at the Law Office of Neil Flaxman, P.A., Brickell Bayview Centre, 80 S.W. 8th Street, Suite 3100, Miami, Florida 33130.  This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

    **DONE and ORDERED** at Fort Lauderdale, Florida, this 8th day of July 2013.

*Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record